Eric H. Gibbs (SBN 178658)
Andre M. Mura (SBN 298541)
Steve Lopez (SBN 300540)
**GIRARD GIBBS LLP**
505 14th Street, Suite 1110
Oakland, California 94612
Telephone: (510) 350-9700
Facsimile:  (510) 350-9701
ehg@classlawgroup.com
amm@classlawgroup.com
sal@classlawgroup.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| CINDY COLEMAN-ANACLETO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendant. | Case No. 5:16-cv-02941-LHK (NC)<br><br>Hon. Lucy H. Koh<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

This stipulation is entered into by Plaintiff Cindy Coleman-Anacleto and Defendant Samsung Electronics America, Inc. (hereinafter, collectively, "the Parties"), through their respective counsel.

WHEREAS, on January 30, 2017, the Parties filed a Notice of Settlement (Dkt. 74) informing the Court that all matters in controversy between them had been settled in principle and that the Parties anticipated submitting papers for the Court's dismissal within thirty (30) days;

WHEREAS, on January 31, 2017, the Court issued an order (Dkt. 75) directing the Parties to either file a stipulation of dismissal on or before March 1, 2017 or propose a schedule through trial;

WHEREAS, the settlement agreement has now been executed and signed by all Parties;

WHEREAS, Defendant has not served an answer or motion for summary judgment in this proceeding, and Plaintiff has not filed a motion for class certification;

**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED BY AND BETWEEN COUNSEL FOR THE PARTIES:**

1. Plaintiff Cindy Coleman-Anacleto's claims against Defendant Samsung Electronics America are voluntarily dismissed with prejudice.

2. All other putative class members' claims are voluntarily dismissed without prejudice.

DATED: February 23, 2017                Respectfully submitted,

**GIRARD GIBBS LLP**

By:    */s/ Eric H. Gibbs*

Eric H. Gibbs
Andre M. Mura
Steve Lopez
505 14th Street, Suite 1110
Oakland, California 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
ehg@classlawgroup.com
amm@classlawgroup.com
sal@classlawgroup.com

*Attorneys for Plaintiff*

DATED: February 23, 2017					**TROYGOULD PC**

By:  /s/ Aaron Bloom

Aaron Bloom
Russell I. Glazer
Daniel M. Rygorsky
Nicole S. Phillis
1801 Century Park East, 16th Floor
Los Angeles, CA 90067
Telephone: (310) 553-4441
Facsimile: (310) 201-4746

*Attorneys for Defendant Samsung Electronics America, Inc.*

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the other signatory shown above.

By: /s/ Eric H. Gibbs